

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-18-00854-CR

Daniel **FLORES JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 18-04-00010-CRL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant seeks to appeal a judgment signed by the trial court that indicates appellant pleaded guilty. The clerk's record, however, does not contain a written plea bargain. In addition, the clerk's record does not contain the Trial Court's Certification of Defendant's Right of Appeal. Accordingly, the trial court clerk is ORDERED to prepare and file a supplemental clerk's record within ten days of the date of this order containing the following documents:

1. The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, **and all other documents relating to the defendant's plea bargain**; and

2. The Trial Court's Certification of Defendant's Right of Appeal.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.



Keith E. Hottle
Clerk of Court